UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| KAYTRIAUNA FLINT,<br><br>Plaintiff,<br><br>v.<br><br>UTAH STATE UNIVERSITY,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE (DOC. NO. 41)**<br><br>Case No. 1:21-cv-00167<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is the parties' Stipulated Motion to Dismiss With Prejudice, (Doc. No. 41). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the court GRANTS the motion and ORDERS that this action is dismissed with prejudice, each party to bear its own fees and costs.

DATED this 30th day of September, 2022.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge