UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| KAYTRIAUNA FLINT,<br><br>Plaintiff,<br><br>v.<br><br>UTAH STATE UNIVERSITY,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:21-cv-00167<br><br>Magistrate Judge Daphne A. Oberg |

IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.

DATED this 30th day of September, 2022.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge